IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LARRY MONTGOMERY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 3:17-CV-00666-MAB |
| | ) |
| **CENTRALIA CORRECTIONAL CENTER, ET AL.,** | ) ) |
| | ) |
| **Defendants.** | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on August 17, 2017, Defendant Centralia Correctional Center was **DISMISSED with prejudice** as an improper defendant (Doc. 6). Defendants Garcia, Santos, and Wexford Health Sources were **DISMISSED without prejudice** (*Id*).

**IT IS FURTHER ORDERED AND ADJUDGED** pursuant to the Order entered on October 2, 2020, Defendant Mueller's motion for summary judgment was granted (Doc. 56), and Plaintiff's claim against Defendant Mueller was **DISMISSED with prejudice**.

Judgment is entered in favor of Defendant Mueller and against Plaintiff Montgomery. Plaintiff shall recover nothing and this action is **DISMISSED in its entirety**.

DATED: October 2, 2020

                                      **MARGARET M. ROBERTIE,**
                                      **Clerk of Court**

                              BY:  /s/ *Jennifer Jones*
                                       **Deputy Clerk**


APPROVED:  /s/ Mark A. Beatty
                  **MARK A. BEATTY**
                  **United States Magistrate Judge**